IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-52-BO

| | | |
|---|---|---|
| DANIEL PATRICK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MATTHEW G. WHITAKER, *et al.*, | ) | |
| Defendants. | ) | |

This cause comes before the Court *sua sponte*.

The hearing in this matter currently set for April 4, 2019, is hereby CONTINUED to April 16, 2019, at 2:00 p.m. at the United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED, this 25 day of March, 2019.

*Terrence W. Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE