UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIEL PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:19-CV-52-BO** |
| ) | |
| MATTHEW G. WHITAKER, in his official ) | |
| capacity; WILLIAM P. BARR, in his official ) | |
| capacity; BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, an agency of ) | |
| the Department of Justice; THOMAS E. ) | |
| BRANDON, in his official capacity; and UNITED ) | |
| STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court concludes that plaintiff lacks standing to prosecute his claims, and thus the Court lacks subject matter jurisdiction to consider them. Defendants' motion to dismiss [DE 39] is GRANTED. Plaintiff's second amended complaint is DISMISSED in its entirety. Plaintiff's motion for summary judgment [DE 41] is DENIED AS MOOT. As they relate to the motion for summary judgment, both plaintiff's and defendants' motions to file sur-replies [DE 47 & 48] are also DENIED AS MOOT.

**This Judgment Filed and Entered on December 13, 2019, and Copies To:**

| | |
|---|---|
| Daniel H. Woofter | (via CM/ECF electronic notification) |
| Thomas C. Goldstein | (via CM/ECF electronic notification) |
| Raymond Mark DiGuiseppe | (via CM/ECF electronic notification) |
| Chetan A. Patil | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Bradley T. Craigmyle | (via CM/ECF electronic notification) |
| Rebecca M. Cutri-Kohart | (via CM/ECF electronic notification) |

DATE:  
December 13, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk